# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Inza, et al., | |
|       Plaintiffs, | Case No. 1:24-CV-03054-RDM |
|     v. | |
| AT&T, Inc. et al., | JURY TRIAL DEMANDED |
|       *Defendants.* | |

**AT&T Defendants' Notice of Designation of Related Civil Cases**

As required by Local Rule 40.5(b)(3), the AT&T defendants[1] respectfully notify the Court of civil cases that were previously filed in this District, and voluntarily dismissed without prejudice, that are related to this case under Local Rule 40.5(a)(4).  *See* Exhibit A.

By filing this designation, the AT&T defendants reserve all rights to arbitrate this matter (or any portion of it) to the full extent allowed by law.

Dated:  May 9, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By: */s/ Kristen Limarzi*
    Kristen Limarzi

1700 M Street, N.W.
Washington, D.C.  20036-4504
Telephone:    202.955.8500
Facsimile:     202.467.0539
Email:  KLimarzi@gibsondunn.com

*Attorney for AT&T Defendants*

---

[1] The AT&T defendants identified by plaintiffs' second amended complaint are:  AT&T, Inc.; AT&T Corp.; AT&T Services, Inc.; David R. McAtee II; Scott T. Ford; Glenn H. Hutchins; William E. Kennard; Stephen J. Luczo; Marissa A. Mayer; Michael B. McCallister; Beth E. Mooney; Matthew K. Rose; John Stankey; Cynthia B. Taylor; Luis A. Ubinas.