**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| INZA, et al. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:24-cv-03054 (RDM) |
| | ) | |
| | ) | |
| AT&T, INC., et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Stay Proceedings filed by certain Defendants

(collectively, the "Moving Defendants")[1], it is hereby ORDERED that the Motion is

GRANTED. This Action is STAYED until further order of the Court.


So ordered.

_____

Hon. Randolph D. Moss
Judge, United States District Court
for the District of Columbia

---

[1] AT&T, Inc., AT&T Corporation, AT&T Services, Inc., David R. McAtee II, Scott T. Ford, Glenn H. Hutchins, William E. Kennard, Stephen J. Luczo, Marissa A. Mayer, Michael B. McCallister, Beth E. Mooney, Matthew K. Rose, John Stankey, Cynthia B. Taylor, Luis A. Ubiñas, T-Mobile US, Inc., Marcelo Claure, Srikant M. Datar, Srinivasan Gopalan, James J. Kavanaugh, Letitia A. Long, Mark Nelson, Mike Sievert, Teresa A. Taylor, Kelvin R. Westbrook, Verizon Communications Inc., Cellco Partnership dba Verizon Wireless, Verizon Services Corp., Verizon Business Network Services LLC, Vandana Venkatesh, Vittorio Colao, Shellye L. Archambeau, Mark T. Bertolin, Roxanne S. Austin, Melanie L. Healey, Laxman Narasimhan, Clarence Otis, Jr., Daniel H. Schulman, Rodney E. Slater, Carol B. Tomé, Hans Vestberg, Gregory G. Weaver.

## List of Persons to Be Notified (LCvR 7(k))

Megan E. Gerking (Bar No. 1027190)
Bradley S. Lui (Bar No. 425033)
Aaron Heath Scheinman (Bar No. 1736172)
MORRISON FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.6948
Facsimile: 202.887.0763
mgerking@mofo.com
blui@mofo.com
ascheinman@mofo.com

*Counsel for Verizon Communications Inc.,*
*Cellco Partnership dba Verizon Wireless,*
*Verizon Services Corp., Verizon Business*
*Network Services LLC, Vandana Venkatesh,*
*Vittorio Colao, Shellye L. Archambeau, Mark T.*
*Bertolin, Roxanne S. Austin, Melanie L. Healey,*
*Laxman Narasimhan, Clarence Otis, Jr., Daniel*
*H. Schulman, Rodney E. Slater, Carol B. Tomé,*
*Hans Vestberg, and Gregory G. Weaver*

Daniel P. Culley (Bar No. 988557)
David I. Gelfand (Bar No. 416596)
Elsbeth Bennett (Bar No. 1021393)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, N.W.
Washington, D.C.  20037-3229
Telephone: 202.974.1500
Facsimile: 202-974-1999
dculley@cgsh.com
dgelfand@cgsh.com
ebennett@cgsh.com

*Counsel for T-Mobile US, Inc., Marcelo Claure,*
*Srikant M. Datar, Srinivasan Gopalan, James J.*
*Kavanaugh, Letitia A. Long, Mark Nelson, Mike*
*Sievert, Teresa A. Taylor, and Kelvin R. Westbrook*

Russell H. Falconer (Texas Bar No. 24069695)
(*Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER LLP 2001
Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3170
Facsimile: 214.571.2900
RFalconer@gibsondunn.com

Kristen Limarzi (Bar No. 485011)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone: 202.887.3518
Facsimile: 202.467.0539
KLimarzi@gibsondunn.com

*Counsel for AT&T Defendants*

Travis Pittman (Bar No. 1016894)
Local Counsel for Plaintiffs
HOLMES, PITTMAN & HARAGUCHI, LLP
1140 3rd St. NE
Washington, DC 20002
Telephone: 202.329.3558
jpittman@hphattorneys.com

Sean Parmenter
(Pro Hac Vice to be submitted)
Bar Card No. 233,144 (California)
PARMENTER INTELLECTUAL
PROPERTY LAW, PLLC
1401 21st St, Suite #10724 Sacramento, CA 95811
Telephone: 925.482.6515
sean@parmenterip.com

*Counsel for Plaintiffs*